# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| ARTURO MACIAS,<br>　　*Plaintiff*<br><br>v.<br><br>DEPARTMENT OF FAMILY SERVICES,<br>　　*Defendant* | § § § § § § § §　Case No. 22-CV-01292-LY-SH |

## ORDER

Before the Court is Plaintiff Arturo Macias's Application to Proceed Without Prepaying Fees or Costs, filed December 8, 2022 (Dkt. 2). The District Court referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and the Court Docket Management Standing Order for United States District Judge Lee Yeakel. Dkt. 3.

Before the Court is able to rule on the application, Plaintiff must fill out all sections of the attached Financial Affidavit in full. In particular, Plaintiff has failed to specify his take-home wages, the source of money and amount received, and what he expects to receive in the future. Plaintiff also has not stated whether he owns any "automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value" or has any debts or financial obligations. Accordingly, Plaintiff is **ORDERED** to complete the attached Long Form Application in full, and file it with the Court **on or before December 30, 2022**. If Plaintiff fails to comply with the Court's instructions, the application will be denied, and Plaintiff's complaint may be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.

**SIGNED** on December 16, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN HIGHTOWER
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE