# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| ARTURO MACIAS, *Plaintiff* | § § § § § § § § | |
| v. | | Case No. 1:22-CV-01292-LY-SH |
| DEPARTMENT OF FAMILY SERVICES, *Defendant* | | |

## ORDER

Before the Court is Plaintiff Arturo Macias's Application to Proceed Without Prepaying Fees or Costs, filed December 8, 2022 (Dkt. 2). The District Court referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and the Court Docket Management Standing Order for United States District Judge Lee Yeakel. Dkt. 3.

Plaintiff has paid the $402 filing fee. Accordingly, the Court hereby **ORDERS** that the Application to Proceed Without Prepaying Fees or Costs (Dkt. 2) is **DISMISSED AS MOOT**.

**SIGNED** on January 3, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE